Dismissed and Memorandum Opinion filed February 8, 2007









Dismissed and Memorandum Opinion filed February 8,
2007.

 

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-05-00816-CV

____________

 

JIM SMITH D/B/A JIM SMITH TOOL,
Appellant

 

V.

 

SEAL‑RITE
PLASTICS CORP, Appellee

 



 

On Appeal from
County Civil Court at Law No. 1

Harris County, Texas

Trial Court Cause
No. 742,500

 



 

M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment signed May 10, 2005.  On January 31, 2007, the parties filed a
motion to dismiss the appeal in order to effectuate a compromise and settlement
agreement.  See Tex. R. App. P. 42.1.  The motion is granted.

Accordingly, the appeal is ordered dismissed.

 

PER CURIAM

Judgment rendered and Memorandum
Opinion filed February 8, 2007.

Panel consists of Justices Frost, Seymore, and
Guzman.